**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-11107 |
| Alan W. Darling<br>Jenice M. Darling | Chapter 13 |
| Debtors. | Judge Joan A. Lloyd |

**AGREED ORDER CONCERNING MOTION FOR RELIEF FROM AUTOMATIC STAY OF REAL PROPERTY LOCATED AT 206 GREEN ST., HORSE CAVE, KY 42749 (Doc. No. 36)**

This matter having come before the Court upon the Motion for Relief from Stay (Doc. No. 36), filed herein by the secured creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT ("Movant") in regard to real property located at 206 GREEN ST., HORSE CAVE, KY 42749, and it appearing to the Court that parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Movant:

1. The Chapter 13 plan filed herein on behalf of the Debtors provided that said Debtors were to make regular monthly payments to Movant outside of the Plan on a regular monthly fashion.

2. In breach of the terms of said Plan, the Debtors failed to make certain of the regular monthly payments to Movant. Delinquent payments, as of January 20, 2022 are, one (1) payment in the amount of $461.63 each for November 1, 2021, two (2) payments in the amount of $469.94 each for December 1, 2021 and January 1, 2022, plus $1,238.00 in fees and costs, minus a suspense balance of $321.24. The total post-petition arrearage amount as of January 20, 2022 is $2,318.27.

3. In order to eliminate said post-petition delinquency, the Debtors hereby agrees to pay Movant and Movant hereby agrees to accept in the form of certified funds the following lump sum payments:

    a. $257.63 on or before February 15, 2022
    b. $257.58 on or before March 15, 2022
    c. $257.58 on or before April 15, 2022
    d. $257.58 on or before May 15, 2022
    e. $257.58 on or before June 15, 2022
    f. $257.58 on or before July 15, 2022
    g. $257.58 on or before August 15, 2022

      h. $257.58 on or before September 15, 2022
      i. $257.58 on or before October 15, 2022

4. These lump sum payments are in addition to the regular monthly payments in the amount of $469.94, which begin again February 1, 2022, and are due on the 1st of each month thereafter.

5. In the event that said Debtors should fail to make any of the stipulated payments described in paragraph 3 of this Agreed Order on or before their specified due dates, or should they fail to pay any future monthly payment so that said payment is not received by Movant by the contractual due date, then, or in either of those events, Movant shall give ten (10) days' notice to Debtors' counsel and to the Debtors; and thereafter Movant shall file with the Court a "Certificate of Non-Compliance" certifying that the Debtors are in default under the terms of the Agreed Order and that upon submission of such certification, without hearing, further notice or separate order, the Movant is granted Relief from Stay.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Darren K. Mexic
Darren K. Mexic
P.O. Box 594
White House, TN 37188
Phone: 615-260-7106
darren@darrenmexiclaw.com
Debtors' Attorney
**(Per Authorization Received 1/23/22)**

Joan A. Lloyd
United States Bankruptcy Judge
Dated: January 26, 2022

<u>Copies to:</u>

Darren K. Mexic
P.O. Box 594
White House, TN 37188
Darren@darrenmexiclaw.com
Debtors' Attorney

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Timothy E. Ruppel
Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Alan W. Darling, Debtor
206 Green St.,
Horse Cave, KY 42749

Jenice M. Darling, Debtor
206 Green St.,
Horse Cave, KY 42749